# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| 6824 Lexington Avenue | ) |
| Los Angeles, CA 90038 | ) |
| | ) |
| **BUZZFEED INC.,** | ) |
| 111 East 18th Street, 13th Floor | ) |
| New York, NY 10003 | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave NW | ) |
| Washington, DC 20530 | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| 950 Pennsylvania Ave NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

1.  Plaintiffs, JASON LEOPOLD and BUZZFEED INC., bring this Freedom of Information Act suit to force U.S. DEPARTMENT OF JUSTICE, its components, and the FEDERAL BUREAU OF INVESTIGATION to produce records regarding the attack on the United States Capitol on January 6, 2021.

## PARTIES

2.  Plaintiffs JASON LEOPOLD and BUZZFEED INC. are members of the media and made the FOIA requests at issue in this case.

3.  Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a component of DOJ, a federal agency, and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JANUARY 11, 2021, FOIA REQUEST TO DOJ AND ITS COMPONENTS

7. On January 11, 2021, Plaintiffs submitted the following request to the DOJ and its 38 components, excluding the FBI:

> [1] All records, such as emails, text messages, memos, letters, directives, intelligence bulletins and intelligence assessments, situation report, mentioning or referring to the **planning** of protests in Washington, DC on January 6, 2021 by supporters of President Donald Trump referred to as SAVE AMERICA RALLY and STOP THE STEAL and MARCH FOR TRUMP and First Amendment demonstrations and OPERATION FIRST AMENDMENT. Please be sure this search includes any correspondence sent and received by fusion centers, data centers and joint terrorism task forces; FBI, the White House, Office of the President and Vice President and the Executive Office of the President; Washington, DC Mayor's Office and Metropolitan Police Department; Department of Interior; Department of Defense and National Guard Bureau in DC; any individual Senator and Congressman/Congresswoman and any House and Senate committee; the US Capitol Police. The timeframe for this part of my request is December 1, 2020 through the date the search for responsive records is located;
>
> [2] All records, such as emails, text messages, memos, letters, reports, after action reports, intelligence assessments and bulletins, intelligence memoranda, social media postings, mentioning or referring to the January 6, 2021 speech by President Trump at the Washington, DC protest and the subsequent insurrection and siege and STORM THE CAPITOL, that took place at the Capitol building in Washington, DC on that date. The timeframe for this part of my request is January 6, 2021 through the date the search for responsive records is conducted;
>
> [3] Photographs of these January 6, 2021 protests and the siege/insurrection that took place at the Capitol building;
>
> [4] All records mentioning or referring to tweets by Donald Trump that contain the words PROTESTS, RALLY, RALLIES[,] ELECTION FRAUD, FRAUD, JANUARY SIXTH; [and]

[5] The call logs and briefing books for the directors of each Department of Justice component this request is addressed.  Please limit this search to January 6, 2021.

Exhibits 1.

8. For the Office of the Attorney General, Office of Public Affairs, Office of the Associate Attorney General, Office of the Deputy Attorney General, Office of Information Policy, Office of Legislative Affairs, and Office of Legal Policy, Plaintiffs submitted an identical request through FOIA Star with an addition of Item 6, which sought "[a]ll records and legal opinions mentioning or referring to impeachment and the 25th and 14th Amendments."  For Item 6, Plaintiffs limited the time frame of the search to January 6, 2021, through the date the search for responsive records is conducted.  Exhibit 2.

9. Of the 38 components, the following 31 DOJ components are at issue in this lawsuit: Antitrust Division; Bureau of Alcohol, Tobacco, Firearms and Explosives; Civil Division; Civil Rights Division; Community Relations Service; Criminal Division; Drug Enforcement Administration; Environment and Natural Resources Division; Executive Office for Organized Crime Drug Enforcement Task Forces; Executive Office for U.S. Attorneys; Federal Bureau of Prisons; Justice Management Division; National Security Division; Office of Information Policy; Office of Justice Programs; Office of Legal Counsel; Office of Legal Policy; Office of Legislative Affairs; Office of Professional Responsibility; Office of Public Affairs; Office of the Associate Attorney General; Office of the Attorney General; Office of the Deputy Attorney General; Office of the Inspector General; Office of the Solicitor Generally; Office of Tribal Justice; Office on Violence Against Women; Tax Division; U.S. Attorneys; U.S. Marshals Service; and U.S. Parole Commission.

10. This lawsuit does not concern Plaintiffs' request to the following seven DOJ components: Executive Office for Immigration Review, Office of the Pardon Attorney,

INTERPOL (U.S. National Central Bureau), Foreign Claims Settlement Commission of the U.S., Office of Community Oriented Policing Services, Professional Responsibility Advisory Board, and Executive Offices for U.S. Trustees.

11. Plaintiffs sought expedited processing. Exhibit 1-2.

12. On January 14, 2021, DOJ's Civil Division acknowledged receipt of the request, assigned reference number 145-FOI-17574 to the matter. Civil Division also stated that it located "two pages" of records responsive to the request and referred these two pages to the Justice Management Division ("JMD") for review. Civil Division claimed that JMD will provide a direct response to Plaintiffs. Exhibit 3.

13. On January 14, 2021, DOJ's Office of the Inspector General acknowledged receipt of the request, granted expedited processing, and assigned reference number 21-OIG-095 to the matter. Exhibit 4.

14. On January 15, 2021, DOJ's Office of Legal Counsel acknowledged receipt of the request, granted expedited processing, stated that it is unable to "comply with the twenty-day statutory deadline to for responding" to the request, and assigned reference number FY21-070 to the matter. Exhibit 5.

15. On January 15, 2021, DOJ's Tax Division acknowledged receipt of the request, granted expedited processing, and assigned reference number 11423 to the matter. Exhibit 6.

16. On January 19, 2021, DOJ's Criminal Division acknowledged receipt of the request, granted expedited processing, extended the time limit to respond by "an additional ten days" due to "unusual circumstances" (*see* 5 U.S.C. § 552(a)(6)(B)(i)-(iii)), and assigned reference number CRM-301613021 to the matter. Exhibit 7.

17. On January 19, 2021, DOJ's Office of Justice Programs and Office of the General Counsel acknowledged receipt of the request, granted expedited processing, extended the time

limit to respond "beyond the ten additional days provided by the statute" due to "unusual circumstances" (*see* 5 U.S.C. § 552(a)(6)(B)(i)-(iii)), and assigned reference number 21-FOIA-00096 to the matter. Exhibit 8.

18. On January 21, 2021, DOJ's Antitrust Division acknowledged receipt of the request, granted expedited processing, extended the time limit to respond by "an additional ten days" due to "unusual circumstances" (*see* 5 U.S.C. § 552(a)(6)(B)(i)-(iii)), and assigned reference number ATFY21-038 to the matter. Exhibit 9.

19. On January 21, 2021, DOJ's Environment and Natural Resources Division acknowledged receipt of the request, granted expedited processing, and assigned reference number 2021-05469 to the matter. Exhibit 10.

20. On January 25, 2021, DOJ's Federal Bureau of Prisons ("FBP") acknowledged receipt of the request, granted expedited processing, and assigned reference number 2021-01884 to the matter. FBP also stated that processing "this request may take up to six months." Exhibit 11.

21. On January 26, 2021, DOJ's Drug Enforcement Administration acknowledged receipt of the request, granted expedited processing, extended the time limit to respond by "an additional ten days" due to "unusual circumstances" (*see* 5 U.S.C. § 552(a)(6)(B)(i)-(iii)), and assigned reference number 21-00175-F to the matter. Exhibit 12.

22. On January 26, 2021, DOJ's Environment and Natural Resources Division ("ENRD") stated that its search "produced one document that might be responsive" to the request. ENRD referred the document to the Justice Management Division ("JMD"), as "the document originated with JMD." Exhibit 13.

23. ENRD informed Plaintiffs to contact JMD directly regarding the referral. *Id.*

24. On January 26, 2021, DOJ's Office of Information Policy acknowledged receipt of the request, granted expedited processing, extended the time limit to respond by "an additional ten days" due to unusual circumstances (*see* 5 U.S.C. § 552(a)(6)(B)(i)-(iii)), and assigned reference number FOIA-2021-00565 to the matter. Exhibit 14.

25. Office of Information Policy did not indicate whether it acknowledged the request on behalf of the other five components—the Office of the Attorney General, Office of Public Affairs, Office of the Associate Attorney General, Office of the Deputy Attorney General, Office of Legislative Affairs, and Office of Legal Policy—who were specifically addressed as the recipients of the FOIA request, submitted via FOIA Star. Exhibit 2.

26. On February 1, 2021, after speaking to the FOIA Officer at Office of the Inspector General, Plaintiffs agreed to narrow the search to "email/correspondence of senior front office staff, GS 15 and above." Exhibit 15.

27. On February 2, 2021, DOJ's Civil Rights Division acknowledged receipt of the request, extended the time limit to respond "beyond the ten additional days provided by the statute" due to "unusual circumstances" (*see* 5 U.S.C. § 552(a)(6)(B)(i)-(iii)), and assigned reference number 21-00091-F. Exhibit 16.

28. On February 2, 2021, DOJ's Office on Violence Against Women ("OVW") acknowledged receipt of the request and granted expedited processing. OVW did not assign a reference number to the request. Exhibit 17.

29. On February 8, 2021, DOJ's Office of Professional Responsibility acknowledged receipt of the request, granted expedited processing, and assigned reference number F21-00044 to the matter. Exhibit 18.

30. On February 23, 2021, DOJ's National Security Division ("NSD") acknowledged receipt of the request, granted expedited processing, and assigned reference number 21-092 to the matter. Exhibit 19.

31. On February 26, 2021, Criminal Division stated that it estimates the "request will be completed within 6 months," but will be able to provide a "more specific estimate after" it completes the search for responsive records. Exhibit 20.

32. The remaining DOJ components—Bureau of Alcohol, Tobacco, Firearms and Explosives; Community Relations Service; Executive Office for Crime Drug Enforcement Task Forces; Executive Office of U.S. Attorneys; Justice Management Division; Office of the Solicitor Generally; Office of Tribal Justice; U.S. Attorneys; U.S. Marshals Service; Associate General Counsel; and U.S. Parole Commission—have not acknowledged the receipt of the request and did not issue a determination on Plaintiffs' request for expedited processing.

33. As of the date of this Complaint, DOJ and its components have not issued a determination or produced any records.

## JANUARY 7, 2021, FOIA REQUEST TO FBI

34. On January 7, 2021, Plaintiffs submitted the following request to the FBI:

[1] All photographs, videos, audio in possession of the bureau relating or referring to the STOP THE STEAL protest and the riot/INSURRECTION at the Capitol building in Washington, DC on January 6, 2021;

[2] All photographs, video, audio in possession of the FBI relating or referring to STOP THE STEAL, INSURRECTION, and the riot at the Capitol building in Washington, DC in which pro-Trump protesters stormed the Capitol building;

[3] All records, such as emails, memos, letters, directives, talking points, intelligence bulletins, reports, copies of social media postings, collected by the bureau, mentioning or referring to STOP THE STEAL protest, the riot/INSURRECTION at the Capitol building on January 6, 2021. Please be sure any search for responsive records also includes records and emails sent and received to the following domains: eop.gov, usdoj.gov, usss.dhs.gov, dhs.gov, senate.gov, house.gov, dod.mil or any Defense Department domain;

[4] All records from the offices and officials identified in this request relating or referring to a speech by President Donald Trump at the STOP THE STE[A]L protest in Washington, DC on January 6, 2021; any and all tweets made by the @realdonaldtrump twitter account on January 6, 2021; any records exchanged between the bureau and Facebook and Twitter on January 6, 2021 relating or referring to President Donald Trump's Twitter account; [and]

[5] Director Christopher Wray's call log and briefing book for January 6, 2021.

Exhibit 21.

35. Plaintiffs sought expedited processing.  *Id.*

36. On January 21, 2021, FBI acknowledged receipt of the request, assigned reference number 1486989-000 to the matter, and stated that "unusual circumstances" apply to the processing of the request pursuant to 5 U.S.C. § 552 (a)(6)(B)(iii).  Exhibit 22.

37. FBI stated that these "unusual circumstances" will delay FBI's ability to make a determination on the request within 20 business days.  *Id.*

38. In response to Plaintiffs' request for an estimated date of completion for the request, FBI stated that the search for responsive records is "ongoing" and the estimated date on which the FBI will "complete action" on the request is "1,695 days from the date the FBI opened" the request.  Exhibit 23.

39. As of the date of this Complaint, FBI has not issued a determination or produced any records responsive to the request.

**COUNT I – DOJ'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION OR PRODUCE RECORDS**

40. The above paragraphs are incorporated herein.

41. The requests seek the disclosure of agency records and were properly made.

42. DOJ and its 31 components are federal agencies or components of federal agencies, subject to FOIA.

43. The requested records are not exempt under FOIA.

44. DOJ and its components have failed to issue a determination within twenty business days or produce the records responsive to the request as soon as practicable.

**COUNT II – FBI'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION OR PRODUCE RECORDS**

45. The above paragraphs are incorporated herein.

46. The request seeks the disclosure of agency records and was properly made.

47. FBI is a federal agency and subject to FOIA.

48. The requested records are not exempt under FOIA.

49. FBI has failed to issue a determination within twenty business days or produce the records responsive to the request as soon as practicable.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated:  March 3, 2021

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiffs
JASON LEOPOLD,
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com