IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*,                ) | |
|                           ) | |
|           Plaintiffs,        ) | |
|                           ) | |
|            v.             ) | Case No. 1:21-cv-558 (APM) |
|                           ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*,  ) | |
|                           ) | |
|          Defendants.       ) | |
|                           ) | |

## JOINT STATUS REPORT

Plaintiffs Jason Leopold and Buzzfeed Inc. filed this lawsuit against the U.S. Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1, ECF No. 1. Three FOIA requests that Plaintiffs sent to various DOJ components, including the FBI, are at issue in this case,[1] and they generally request records related to the events that took place at the U.S. Capitol on January 6, 2021. *See id.* ¶ 1.

On April 14, 2021, Defendants filed their answer. *See* Defs.' Answer to Pls.' Compl., ECF No. 10. The same day, Defendants moved to consolidate this case with two others that involve overlapping FOIA requests. *See generally* Defs.' Mot. to Consolidate Cases, ECF No. 11.

The next day, the Court ordered the Parties to meet and confer and to file a Joint Status Report ("JSR"). Order at 1, ECF No. 12. The Court directed the parties to address five things in

---

[1] Plaintiffs sent an identical request to many of DOJ's components. *See* Compl. ¶ 7. It sent a slightly different, but nearly identical, request to another DOJ component. *Id.* ¶ 8. Finally, it sent a separate request to the FBI. *Id.* ¶ 34.

the JSR: "(1) the status of Plaintiffs' FOIA request; (2) the anticipated number of documents responsive to Plaintiffs' FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiffs; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule." *Id.*

The Parties have conferred about Defendants' processing of Plaintiffs' FOIA requests, and they provide this update:

1.      For the January 11, 2021 requests, Plaintiffs agreed to limit Item 1 to the "planning of protests in Washington DC on January 6, 2021," which is how the Complaint describes the request. *See* Compl. ¶¶ 7, 8. For Item 2 of the January 11, 2021 requests, Plaintiffs agreed that to be responsive, records would need to mention or refer to President Trump's January 6, 2021 speech. *See id.* ¶¶ 7, 8. For the January 11, 2021 requests, Plaintiffs agreed that Defendants may exclude custodians outside the senior front office, and within the senior front office, Defendants may exclude custodians GS-14 and below. *See id.* ¶¶ 7, 8. For the January 7, 2021 request, Plaintiffs limited the search to "the heads of each office and their immediate aides." *See* Compl., Ex. 21 at 4, ECF No. 1-3 at 11. Plaintiffs agreed to limit "immediate aides" to the thirteen Assistant Directors who answer to the Executive Assistant Directors. Plaintiffs agreed that Defendants may exclude from all requests (a) news stories and other publicly available information that are forwarded internally with no commentary, (b) news stories and other publicly available information that include non-substantive follow-up discussion, (c) news alerts that custodians signed up for, and (d) subscriber-only publications by non-governmental or commercial entities, even if those publications are not necessarily publicly available.

2.      The DOJ Antitrust Division's search is ongoing. The Antitrust Division does not

yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The Antitrust Division will update Plaintiffs on the status of its search in thirty days.

3.      The DOJ Bureau of Alcohol, Tobacco, Firearms and Explosives's search is ongoing. It does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The Bureau of Alcohol, Tobacco, Firearms and Explosives will update Plaintiffs on the status of its search in thirty days.

4.      The DOJ Federal Bureau of Prisons's search is ongoing. The Federal Bureau of Prisons does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records and will update Plaintiffs on the status of its search in thirty days.

5.      The DOJ Civil Division issued a final response to Plaintiffs' FOIA request by letter dated January 14, 2021.

6.      The DOJ Civil Rights Division has completed its initial search and is currently processing the results. The Civil Rights Division does not yet know the total anticipated number of records potentially responsive to Plaintiffs' FOIA request. The Civil Rights Division will aim to produce any non-exempt portions of records in May.

7.      The DOJ Criminal Division's search is ongoing. It does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The Criminal Division will update Plaintiffs on the status of its search in thirty days.

8.      The DOJ Community Relations Service, by letter dated April 21, 2021, issued a

final response to Plaintiffs' FOIA request and produced responsive documents.

9.      The DOJ Drug Enforcement Administration's initial search is complete. It is reviewing the initial results and does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The Drug Enforcement Administration will update Plaintiffs in thirty days.

10.     The DOJ Environment and Natural Resources Division issued a final response to Plaintiffs' FOIA request by letter dated January 26, 2021.

11.     The DOJ Executive Office for U.S. Attorneys's search is ongoing. It does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The Executive Office for U.S. Attorneys will update Plaintiffs in thirty days.

12.     The DOJ Executive Office for U.S. Attorneys is searching the DOJ Office of Tribal Justice. That search is complete, and it yielded fewer than ten potentially responsive records. The Executive Office for U.S. Attorneys expects to finish processing those records in the next few weeks.

13.     The FBI's search is ongoing. It does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The FBI will update Plaintiffs on the status of its search in thirty days.

14.     The DOJ Justice Management Division's search is ongoing. It does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The Justice Management Division will update Plaintiffs on the status of its search in thirty days.

15.     The DOJ National Security Division's search is ongoing. The National Security Division does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The National Security Division will update Plaintiffs on the status of its search in thirty days.

16.     The DOJ Organized Crime Drug Enforcement Task Forces Executive Office has completed its keyword search and is reviewing the results. It expects to know the anticipated number of records potentially responsive to Plaintiffs' FOIA request by the end of April. As things stand now, it expects there to be fewer than fifty potentially responsive records. If the Organized Crime Drug Enforcement Task Forces Executive Office does locate responsive records, it expects to release any non-exempt portions of those records by May 7, 2021.

17.     The DOJ Office of the Inspector General, by letter dated March 29, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

18.     The DOJ Office of Information Policy is processing Plaintiffs' FOIA request on behalf of itself; the Offices of the Attorney General, the Deputy Attorney General, and the Associate Attorney General; and the Offices of Legislative Affairs, Legal Policy, and Public Affairs. The Office of Information Policy is nearing completion of its initial keyword searches and anticipates that it will receive the results of those searches within the next two weeks. Once the results of these searches are returned, the Office of Information Policy will conduct a preliminary responsiveness review in the week or two following the return of the results, at which time the Office of Information Policy should be in a position to provide Plaintiffs information regarding the volume of potentially responsive records and to propose a processing schedule. The Office of Information Policy will update Plaintiffs when it has this information.

19.     The DOJ Office of Justice Programs's search is complete. By letters dated April 8, 2021, and April 13, 2021, it produced records responsive to Plaintiffs' FOIA request. With these two productions, OJP has completed its production of documents responsive to Plaintiffs' request.

20.     The DOJ Office of Legal Counsel's search is ongoing. It does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The Office of Legal Counsel will update Plaintiffs on the status of its search in thirty days.

21.     The DOJ Office of Professional Responsibility's search is ongoing and anticipates it will receive the results of the search during the first week of May. It does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The Office of Professional Responsibility will update Plaintiffs on the status of its search and processing efforts in thirty days.

22.     The DOJ Office of the Solicitor General's search is ongoing. It does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request. The Office of the Solicitor General is reviewing the initial results and will aim to produce any non-exempt portions of records in June.

23.     The DOJ Office on Violence Against Women's search is complete. It is reviewing the results and expects to know the anticipated number of records potentially responsive to Plaintiffs' FOIA request and the anticipated date(s) for releasing any non-exempt portions of records in the coming weeks. The Office on Violence Against Women will update Plaintiffs when it has this information.

24.     The DOJ Tax Division's search is ongoing. It does not yet know the anticipated number of records potentially responsive to Plaintiffs' FOIA request or the anticipated date(s) for releasing any non-exempt portions of records. The Tax Division will update Plaintiffs on the status of its search in forty-five days.

25.     The DOJ U.S. Marshals Service's search is ongoing. The U.S. Marshals Service does not yet know the total anticipated number of records potentially responsive to Plaintiffs' FOIA request. The U.S. Marshals Service expects to make its first production in May, with rolling productions to follow as appropriate.

26.     The DOJ U.S. Parole Commission issued a final response to Plaintiffs' FOIA request by letter dated April 1, 2021.

27.     The Parties plan to confer regarding processing schedules for the potentially responsive records identified by Defendants' searches.

28.     Given the posture of the FOIA requests at issue, the Parties respectfully submit that the above information addresses the Court's order regarding (1) the status of Plaintiffs' FOIA requests; (2) the anticipated number of documents responsive to Plaintiffs' FOIA requests; and (3) the anticipated dates for release of the documents requested by Plaintiffs. *See* Order at 1, ECF No. 12. The Parties further report that a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), is unlikely.

29.     Finally, given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues over the course of this case, the Parties do not yet know whether summary judgment briefing will be necessary; the Parties thus propose that the Court defer entering a briefing schedule at this time.

30.     The Parties propose that they file a joint status report by June 30, 2021, updating

the Court on the status of the case.

Dated: April 29, 2021                                  Respectfully submitted,

                                                       BRIAN M. BOYNTON
                                                       Acting Assistant Attorney General

                                                       ELIZABETH J. SHAPIRO
                                                       Deputy Director
                                                       Federal Programs Branch

                                                       */s/ Bradley Craigmyle*
                                                       BRADLEY CRAIGMYLE
                                                       Trial Attorney
                                                       U.S. Department of Justice
                                                       Civil Division, Federal Programs Branch
                                                       1100 L Street, N.W., Room 11216
                                                       Washington, D.C. 20005
                                                       Telephone: (202) 616-8101
                                                       Facsimile: (202) 616-8460

                                                       *Counsel for Defendants*

                                                       /s/ *Matthew Topic*
                                                       Matthew Topic, IL0037
                                                       Joshua Burday, IL0042
                                                       Merrick Wayne, IL0058
                                                       LOEVY & LOEVY
                                                       311 North Aberdeen, 3rd Floor
                                                       Chicago, IL 60607
                                                       312-243-5900
                                                       foia@loevy.com

                                                       *Counsel for Plaintiffs*