IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-558 (APM) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

This is a Freedom of Information Act case. *See* Compl. ¶¶ 1, 5, ECF No. 1. Three requests are at issue, and they generally request records related to the events that took place at the U.S. Capitol on January 6, 2021. *See id.* ¶ 1.[1]

Consistent with the Court's April 30, 2021 Minute Order, the Parties—Plaintiffs Jason Leopold and Buzzfeed Inc. and Defendant DOJ and its components, which includes the FBI— provide this status report.

1.      On May 24, 2021, the Court "denied without prejudice" Defendants' motion to consolidate this case with two others. *See Leopold v. DOJ*, No. 21-CV-0558 (APM), 2021 WL 2073352, at *2 (D.D.C. May 24, 2021). The Court noted that it "is prepared to reconsider" "[s]hould concrete problems arise that would benefit from consolidation." *Id.*

2.      On May 28, 2021, consistent with the Parties' previous joint status report, many

---

[1] Plaintiffs sent an identical request to many of the U.S. Department of Justice's ("DOJ") components. *See* Compl. ¶ 7. It sent a slightly different, but nearly identical, request to another DOJ component. *Id.* ¶ 8. Finally, it sent a separate request to the Federal Bureau of Investigation ("FBI"). *Id.* ¶ 34.

components updated Plaintiffs on the status of their searches. *See* Joint Status Report ¶¶ 2, 3, 4, 7, 9, 11, 13, 14, 15, 20, 21, ECF No. 17. Other components updated Plaintiffs at different times when they had new information to share. *See, e.g.*, *id.* ¶ 18.

3. The DOJ Antitrust Division's email search is largely complete, and so far it has not located responsive records. The Antitrust Division will aim to finish its email and non-email searches by early August. If it ultimately locates potentially responsive records, the Antitrust Division will provide Plaintiffs with a potential processing and production schedule.

4. The DOJ Bureau of Alcohol, Tobacco, Firearms and Explosives's search is complete. It does not yet know the actual number of pages that its search has yielded but estimates that its search yielded roughly 10,000 pages. The Bureau of Alcohol, Tobacco, Firearms and Explosives expects to process 600 pages per month, and it will aim to make an interim response by the end of July. At a minimum, the Bureau of Alcohol, Tobacco, Firearms and Explosives will begin consulting with other components, as appropriate, about its interim response by the end of July.

5. The DOJ Federal Bureau of Prisons has completed its search and located 544 pages that are potentially responsive. It is currently processing those pages and will aim to make an interim response by mid-July, followed by a second response by mid-August, with the hope that the mid-August response would be a final response.

6. The DOJ Civil Division issued a final response to Plaintiffs' FOIA request by letter dated January 14, 2021.

7. The DOJ Civil Rights Division issued a final response to Plaintiffs' FOIA request by letter dated June 28, 2021.

8. The DOJ Criminal Division's search is ongoing. The Criminal Division uses a

software program to run its searches, and it is currently transitioning to a new program. That transition has delayed its search in this case. The Criminal Division expects to get its search results by the end of July. It will then review the results for responsiveness and, after its initial review, will be able to provide a potential processing and production schedule.

9. The DOJ Community Relations Service, by letter dated April 21, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

10. The DOJ Drug Enforcement Administration's search is complete, and it has located thirty-five pages of potentially responsive records. In mid-June, the Drug Enforcement Administration referred seventeen pages to the FBI for processing and direct release, and it is consulting with other components and agencies about the other eighteen pages. The Drug Enforcement Administration will update Plaintiffs when it finishes the consultation process and, at that time, will either release responsive, non-exempt records or provide a date for doing so.

11. The DOJ Environment and Natural Resources Division issued a final response to Plaintiffs' FOIA request by letter dated January 26, 2021.

12. The DOJ Executive Office for U.S. Attorneys has sent Plaintiffs' request to the U.S. Attorney's Office for the District of Columbia, and its search is ongoing. It hopes to have the search results by the end of July. After it has the results, the Executive Office for U.S. Attorneys will review them for responsiveness. After it finishes its initial review, the Executive Office for U.S. Attorneys will be able to provide a potential processing and production schedule. Given the sensitive nature of the records that the U.S. Attorney's Office possesses, the Parties are working together to see if they can narrow the request and maximize the U.S. Attorney's Office's search efforts.

13. The DOJ Executive Office for U.S. Attorneys is responsible for processing

Plaintiffs' request on behalf of the DOJ Office of Tribal Justice. By letter dated May 21, 2021, the Executive Office for U.S. Attorneys issued a final response to Plaintiffs' FOIA request and produced responsive documents.

14. The FBI's search is ongoing, and it will update Plaintiffs on the status of its search in thirty days.

15. The DOJ Justice Management Division, by letter dated May 21, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

16. The DOJ National Security Division's search is complete, and it is currently reviewing the results for responsiveness and duplication. When it finishes its initial review, the National Security Division will process, in coordination with other components and agencies, responsive records. The National Security Division hopes to make an interim response by the end of August, with rolling productions to follow, as appropriate.

17. The DOJ Organized Crime Drug Enforcement Task Forces Executive Office issued a final response to Plaintiffs' FOIA request by letter dated May 7, 2021.

18. The DOJ Office of the Inspector General, by letter dated March 29, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

19. The DOJ Office of Information Policy is processing Plaintiffs' FOIA request on behalf of itself; the Offices of the Attorney General, the Deputy Attorney General, and the Associate Attorney General; and the Offices of Legislative Affairs, Legal Policy, and Public Affairs. The Office of Information Policy has received the results of its initial keyword searches, which yielded nearly 40,000 results. The Office of Information Policy has made substantial progress in its preliminary responsiveness review of those results, has begun processing potentially responsive records, and will aim to make an interim response by August 13, followed

by a second response by October 1, with the hope that the October 1 response would be a final response.

20. The DOJ Office of Justice Programs, by letters dated April 8, 2021, and April 13, 2021, produced records responsive to Plaintiffs' FOIA request. By letter dated April 27, 2021, the Office of Justice Programs explained that it has finished processing Plaintiffs' FOIA request and, with its two productions, has completed its production of records responsive to Plaintiffs' request.

21. The DOJ Office of Legal Counsel's search is ongoing. So far, its search has yielded roughly seventy pages of results. The Office of Legal Counsel is currently reviewing the first batch of results for responsiveness and expects to finish that review and to complete its search by the end of August. At that time, it will be able to begin producing non-exempt portions of responsive records.

22. The DOJ Office of Professional Responsibility's search is complete. Its search yielded 2511 results, and the Office of Professional Responsibility is currently reviewing the results for responsiveness. It expects to begin processing responsive material by mid-July. The Office of Professional Responsibility expects to make an interim response by mid-August, with rolling productions to follow, as appropriate.

23. The DOJ Office of the Solicitor General's search is complete, and it has located 9949 pages that are potentially responsive. The Office of the Solicitor General is currently reviewing and processing those pages, and it will aim to produce any non-exempt portions of records by the end of July.

24. The DOJ Office on Violence Against Women, by letter dated May 6, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

25. The DOJ Tax Division has searched for records responsive to Plaintiffs' FOIA request. The Tax Division has not located any responsive records. As things stand now, the Tax Division does not plan to conduct any additional searches. But if the results of the searches by other DOJ components suggest that further searches by the Tax Division are warranted, the Tax Division will conduct supplemental searches.

26. The DOJ U.S. Marshals Service's search is ongoing. So far, it has located 938 pages that are potentially responsive to Plaintiffs' FOIA request. It is currently processing those potentially responsive pages, and it expects to make an initial response in July. The U.S. Marshals Service has also located other pages that are potentially responsive and has referred those pages to these agencies and components for processing: 171 pages to the Bureau of Alcohol, Tobacco, Firearms and Explosives; 582 pages to the U.S. Department of Homeland Security; 665 pages to the FBI; and 85 pages to the Justice Management Division.

27. The DOJ U.S. Parole Commission issued a final response to Plaintiffs' FOIA request by letter dated April 1, 2021.

28. The Parties propose that they file a joint status report by August 30, 2021, updating the Court on the status of the case.

Dated: June 30, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Bradley Craigmyle*
BRADLEY CRAIGMYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

        1100 L Street, N.W., Room 11216
        Washington, D.C. 20005
        Telephone: (202) 616-8101
        Facsimile: (202) 616-8460

        *Counsel for Defendants*

        /s/ *Matthew Topic*
        Matthew Topic, IL0037
        Joshua Burday, IL0042
        Merrick Wayne, IL0058
        LOEVY & LOEVY
        311 North Aberdeen, 3rd Floor
        Chicago, IL 60607
        312-243-5900
        foia@loevy.com

        *Counsel for Plaintiffs*