IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-558 (APM) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

This is a Freedom of Information Act ("FOIA") case. *See* Compl. ¶¶ 1, 5, ECF No. 1. Three requests are at issue, and they generally request records related to the events that took place at the U.S. Capitol on January 6, 2021. *See id.* ¶ 1.[1]

Consistent with the Court's July 1, 2021 Minute Order, the Parties—Plaintiffs Jason Leopold and Buzzfeed Inc. and Defendant DOJ and its components, which includes the FBI—provide this status report.

1. On July 30, 2021, several components updated Plaintiffs on their searching and processing efforts.

2. The DOJ Antitrust Division's search is complete, and it located 142 pages that are potentially responsive to Plaintiffs' FOIA request. The Antitrust Division is currently processing those pages and expects to issue at least an interim response and an updated status report by mid-

---

[1] Plaintiffs sent an identical request to many of the U.S. Department of Justice's ("DOJ") components. *See* Compl. ¶ 7. They sent a slightly different, but nearly identical, request to another DOJ component. *Id.* ¶ 8. Finally, they sent a separate request to the Federal Bureau of Investigation ("FBI"). *Id.* ¶ 34.

October. The Antitrust Division will continue processing after that date, as needed. The Antitrust Division also located other files and will refer them to the DOJ Executive Office for U.S. Attorneys for processing and direct response.

3. The DOJ Bureau of Alcohol, Tobacco, Firearms and Explosives's search is complete, and it has located pages that are potentially responsive to Plaintiffs' FOIA request. It expects to process 600 pages per month, and it will aim to make an interim response by the end of September, with rolling productions to follow as needed.

4. The DOJ Federal Bureau of Prisons, by letter dated August 9, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

5. The DOJ Civil Division issued a final response to Plaintiffs' FOIA request by letter dated January 14, 2021.

6. The DOJ Civil Rights Division issued a final response to Plaintiffs' FOIA request by letter dated June 28, 2021.

7. The DOJ Criminal Division has completed its preliminary search and is waiting for an additional sub-search to be finalized in the upcoming weeks. After it completes its sub-search, the Criminal Division will then review the results for responsiveness and de-duplication and, after its initial review of all potentially responsive documents, will be able to provide a potential processing and production schedule.

8. The DOJ Community Relations Service, by letter dated April 21, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

9. The DOJ Drug Enforcement Administration's search is complete, and it has located thirty-five pages of potentially responsive records. In mid-June, the Drug Enforcement Administration referred seventeen pages to the FBI for processing and direct response, and it is

consulting with other components and agencies about the other eighteen pages. The Drug Enforcement Administration will update Plaintiffs when it finishes the consultation process and, at that time, will either release responsive, non-exempt records or provide a date for doing so.

10. The DOJ Environment and Natural Resources Division issued a final response to Plaintiffs' FOIA request by letter dated January 26, 2021.

11. The DOJ Executive Office for U.S. Attorneys has received the results of its search and is reviewing them for responsiveness. After it finishes its initial review, the Executive Office for U.S. Attorneys will be able to provide a potential processing and production schedule. Given the sensitive nature of the records that the U.S. Attorney's Office possesses, the Parties are working together to see if they can narrow the request and maximize the U.S. Attorney's Office's processing efforts.

12. The DOJ Executive Office for U.S. Attorneys is responsible for processing Plaintiffs' request on behalf of the DOJ Office of Tribal Justice. By letter dated May 21, 2021, the Executive Office for U.S. Attorneys issued a final response to Plaintiffs' FOIA request and produced responsive documents.

13. The FBI's search is ongoing, and it expects to receive its search results in the next few weeks. It will update Plaintiffs when it receives these results.

14. The DOJ Justice Management Division, by letter dated May 21, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

15. The DOJ National Security Division issued a final response to Plaintiffs' FOIA request by letter dated August 19, 2021. The letter noted that the National Security Division had referred records to another government agency for direct response.

16. The DOJ Organized Crime Drug Enforcement Task Forces Executive Office

issued a final response to Plaintiffs' FOIA request by letter dated May 7, 2021.

17. The DOJ Office of the Inspector General, by letter dated March 29, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

18. The DOJ Office of Information Policy is processing Plaintiffs' FOIA request on behalf of itself; the Offices of the Attorney General, the Deputy Attorney General, and the Associate Attorney General; and the Offices of Legislative Affairs, Legal Policy, and Public Affairs. By letter dated August 13, 2021, the Office of Information Policy issued an interim response to Plaintiffs' FOIA request and produced responsive documents. The Office of Information Policy will aim to make another interim response by November 1, with the hope that the November 1 response would be a final response. The Parties are discussing the scope of Plaintiffs' request, which may impact processing time

19. The DOJ Office of Justice Programs, by letters dated April 8, 2021, and April 13, 2021, produced records responsive to Plaintiffs' FOIA request. By letter dated April 27, 2021, the Office of Justice Programs explained that it has finished processing Plaintiffs' FOIA request and, with its two productions, has completed its production of records responsive to Plaintiffs' request.

20. The DOJ Office of Legal Counsel has completed its search and conducted an initial responsiveness review. It has also begun processing the records previously located. The Office of Legal Counsel anticipates making its first response by the end of August and making monthly responses after that.

21. The DOJ Office of Professional Responsibility's search is complete. It has reviewed more than half of its search results and found no responsive records. Based on this, and based on its mission and the type of work it does, the Office of Professional Responsibility

believes it is unlikely to locate any responsive records. Thus, the Office of Professional Responsibility has asked Plaintiffs if they would exclude it from this case. The Parties are conferring on this request.

22. The DOJ Office of the Solicitor General, by letter dated August 9, 2021, issued a final response to Plaintiffs' FOIA request and produced a responsive document.

23. The DOJ Office on Violence Against Women, by letter dated May 6, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

24. The DOJ Tax Division has searched for records responsive to Plaintiffs' FOIA request. The Tax Division has not located any responsive records. As things stand now, the Tax Division does not plan to conduct any additional searches. But if the results of the searches by other DOJ components suggest that further searches by the Tax Division are warranted, the Tax Division will conduct supplemental searches.

25. The DOJ U.S. Marshals Service has received the results of its search. It has processed the initial 938 potentially responsive pages that it located, and it is consulting with another component on the responsive records it located from that batch. The U.S. Marshals Service hopes to finish that consultation process in October. The U.S. Marshals Service is reviewing for responsiveness another batch of potentially responsive pages and hopes to finish its responsiveness review by mid-September.

26. The DOJ U.S. Parole Commission issued a final response to Plaintiffs' FOIA request by letter dated April 1, 2021.

27. The Parties propose that they file a joint status report by October 29, 2021, updating the Court on the status of the case.

Dated: August 30, 2021                                              Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Bradley Craigmyle*
BRADLEY CRAIGMYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11216
Washington, D.C. 20005
Telephone: (202) 616-8101
Facsimile: (202) 616-8460

*Counsel for Defendants*

/s/ *Matthew Topic*
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*