IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-558 (APM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

This is a Freedom of Information Act ("FOIA") case. *See* Compl. ¶¶ 1, 5, ECF No. 1. Three requests are at issue, and they generally request records related to the events that took place at the U.S. Capitol on January 6, 2021. *See id.* ¶ 1.[1]

Consistent with the Court's August 30, 2021 Minute Order, the Parties—Plaintiffs Jason Leopold and Buzzfeed Inc. and Defendant DOJ and its components, which includes the FBI—provide this status report.

1. The DOJ Antitrust Division issued a final response to Plaintiffs' FOIA request by letter dated October 18, 2021. The letter noted that the Antitrust Division had referred records to other DOJ components for direct response.

2. The DOJ Bureau of Alcohol, Tobacco, Firearms and Explosives completed its search, and it is processing potentially responsive documents. By letter dated September 21,

---

[1] Plaintiffs sent an identical request to many of the U.S. Department of Justice's ("DOJ") components. *See* Compl. ¶ 7. They sent a slightly different, but nearly identical, request to another DOJ component. *Id.* ¶ 8. Finally, they sent a separate request to the Federal Bureau of Investigation ("FBI"). *Id.* ¶ 34.

2021, the Bureau of Alcohol, Tobacco, Firearms and Explosives issued an interim response to Plaintiffs' FOIA request and produced responsive documents. It will make rolling responses as needed.

3. The DOJ Federal Bureau of Prisons, by letter dated August 9, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

4. The DOJ Civil Division issued a final response to Plaintiffs' FOIA request by letter dated January 14, 2021.

5. The DOJ Civil Rights Division issued a final response to Plaintiffs' FOIA request by letter dated June 28, 2021.

6. The DOJ Criminal Division has completed its search. The Criminal Division is currently reviewing the results for responsiveness and de-duplication and, after its initial review of all potentially responsive documents, will be able to provide a potential processing and production schedule.

7. The DOJ Community Relations Service, by letter dated April 21, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

8. The DOJ Drug Enforcement Administration's search is complete, and it expects to issue a final response to Plaintiffs' FOIA request in the coming weeks.

9. The DOJ Environment and Natural Resources Division issued a final response to Plaintiffs' FOIA request by letter dated January 26, 2021.

10. The DOJ Executive Office for U.S. Attorneys has received the results of its search and is currently reviewing them for responsiveness. It expects to finish its responsiveness review in November.

11. The DOJ Executive Office for U.S. Attorneys is responsible for processing

Plaintiffs' request on behalf of the DOJ Office of Tribal Justice. By letter dated May 21, 2021, the Executive Office for U.S. Attorneys issued a final response to Plaintiffs' FOIA request and produced responsive documents.

12. The FBI is currently reviewing potentially responsive documents, and it will aim to begin making interim responses in December.

13. The DOJ Justice Management Division, by letter dated May 21, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

14. The DOJ National Security Division issued a final response to Plaintiffs' FOIA request by letter dated August 19, 2021. The letter noted that the National Security Division had referred records to another government agency for direct response.

15. The DOJ Organized Crime Drug Enforcement Task Forces Executive Office issued a final response to Plaintiffs' FOIA request by letter dated May 7, 2021.

16. The DOJ Office of the Inspector General, by letter dated March 29, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

17. The DOJ Office of Information Policy is processing Plaintiffs' FOIA request on behalf of itself; the Offices of the Attorney General, the Deputy Attorney General, and the Associate Attorney General; and the Offices of Legislative Affairs, Legal Policy, and Public Affairs. By letter dated August 13, 2021, the Office of Information Policy issued an interim response to Plaintiffs' FOIA request and produced responsive documents. The Office of Information Policy will aim to make another interim response by mid-November, followed by a third response in December, with the hope that the December response would be a final response. Separately, after the Parties filed the last status report, Plaintiffs agreed to scope out certain documents that relate to Item 6 of their request, which asks for "[a]ll records and legal

opinions mentioning or referring to impeachment and the 25th and 14th Amendments."

18. The DOJ Office of Justice Programs, by letters dated April 8, 2021, and April 13, 2021, produced records responsive to Plaintiffs' FOIA request. By letter dated April 27, 2021, the Office of Justice Programs explained that it has finished processing Plaintiffs' FOIA request and, with its two productions, has completed its production of records responsive to Plaintiffs' request.

19. The DOJ Office of Legal Counsel's search is complete. By letters dated August 31, 2021, and September 30, 2021, the Office of Legal Counsel made interim responses to Plaintiffs' FOIA request. The letters noted that the Office of Legal Counsel had referred records to other components and agencies for direct response. The Office of Legal Counsel expects to continue making monthly responses.

20. Plaintiffs agreed to exclude the DOJ Office of Professional Responsibility from this case.

21. The DOJ Office of the Solicitor General, by letter dated August 9, 2021, issued a final response to Plaintiffs' FOIA request and produced a responsive document.

22. The DOJ Office on Violence Against Women, by letter dated May 6, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

23. The DOJ Tax Division has searched for records responsive to Plaintiffs' FOIA request. The Tax Division has not located any responsive records. As things stand now, the Tax Division does not plan to conduct any additional searches. But if the results of the searches by other DOJ components suggest that further searches by the Tax Division are warranted, the Tax Division will conduct supplemental searches.

24. The DOJ U.S. Marshals Service has received the results of its search. It is

currently consulting with another component on one batch of potentially responsive records. It is reviewing for responsiveness another batch of potentially responsive pages and hopes to finish its responsiveness review in November.

25. The DOJ U.S. Parole Commission issued a final response to Plaintiffs' FOIA request by letter dated April 1, 2021.

26. The Parties propose that they file a joint status report by January 12, 2022, updating the Court on the status of the case.

Dated: October 28, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Bradley Craigmyle
BRADLEY CRAIGMYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11216
Washington, D.C. 20005
Telephone: (202) 616-8101
Facsimile: (202) 616-8460

*Counsel for Defendants*

/s/ Matthew Topic
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*