IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JASON LEOPOLD, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:21-cv-558 (APM) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

This is a Freedom of Information Act ("FOIA") case. *See* Compl. ¶¶ 1, 5, ECF No. 1. Three requests are at issue, and they generally request records related to the events that took place at the U.S. Capitol on January 6, 2021. *See id.* ¶ 1.[1]

Consistent with the Court's October 29, 2021 Minute Order, the Parties—Plaintiffs Jason Leopold and Buzzfeed Inc. and Defendant DOJ and its components, which includes the FBI—provide this status report.

1.    The DOJ Antitrust Division issued a final response to Plaintiffs' FOIA request by letter dated October 18, 2021. The letter noted that the Antitrust Division had referred records to other DOJ components for direct response.

2.    The DOJ Bureau of Alcohol, Tobacco, Firearms and Explosives completed its search, and it is processing potentially responsive documents. By letter dated September 21,

---

[1] Plaintiffs sent an identical request to many of the U.S. Department of Justice's ("DOJ") components. *See* Compl. ¶ 7. They sent a slightly different, but nearly identical, request to another DOJ component. *Id.* ¶ 8. Finally, they sent a separate request to the Federal Bureau of Investigation ("FBI"). *Id.* ¶ 34.

1

2021, the Bureau of Alcohol, Tobacco, Firearms and Explosives issued an interim response to Plaintiffs' FOIA request and produced responsive documents. It will make rolling responses as needed and expects to issue its next interim response in the coming weeks.

3. The DOJ Federal Bureau of Prisons, by letter dated August 9, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

4. The DOJ Civil Division issued a final response to Plaintiffs' FOIA request by letter dated January 14, 2021.

5. The DOJ Civil Rights Division issued a final response to Plaintiffs' FOIA request by letter dated June 28, 2021.

6. The DOJ Criminal Division has completed its initial review of its search results for responsiveness and de-duplication. The results have not yet been exported from its software program for processing. As previously reported, the Criminal Division transitioned to a new software program. The transition to its new program has delayed its review process. The Criminal Division expects the results to be exported in the next two weeks. It will then be able to discuss a potential processing and production schedule.

7. The DOJ Community Relations Service, by letter dated April 21, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

8. The DOJ Drug Enforcement Administration, by letter dated November 22, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

9. The DOJ Environment and Natural Resources Division issued a final response to Plaintiffs' FOIA request by letter dated January 26, 2021.

10. The DOJ Executive Office for U.S. Attorneys has received the results of its search and is currently processing them.

11. The DOJ Executive Office for U.S. Attorneys is responsible for processing Plaintiffs' request on behalf of the DOJ Office of Tribal Justice. By letter dated May 21, 2021, the Executive Office for U.S. Attorneys issued a final response to Plaintiffs' FOIA request and produced responsive documents.

12. The FBI, by letter dated December 30, 2021, issued an interim response to Plaintiffs' FOIA request and produced non-exempt portions of responsive documents. It expects to issue rolling responses monthly.

13. The DOJ Justice Management Division, by letter dated May 21, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents. On November 18, 2021, the Justice Management Division produced a record that was referred to it by another DOJ component.

14. The DOJ National Security Division issued a final response to Plaintiffs' FOIA request by letter dated August 19, 2021. The letter noted that the National Security Division had referred records to another government agency for direct response.

15. The DOJ Organized Crime Drug Enforcement Task Forces Executive Office issued a final response to Plaintiffs' FOIA request by letter dated May 7, 2021.

16. The DOJ Office of the Inspector General, by letter dated March 29, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

17. The DOJ Office of Information Policy processed Plaintiffs' FOIA request on behalf of itself; the Offices of the Attorney General, the Deputy Attorney General, and the Associate Attorney General; and the Offices of Legislative Affairs, Legal Policy, and Public Affairs. By letters dated August 13, 2021, November 16, 2021, and December 30, 2021, the Office of Information Policy issued interim responses and a final response to Plaintiffs' FOIA

request and produced responsive documents. The Office of Information Policy is now finished processing Plaintiffs' FOIA request.

18. The DOJ Office of Justice Programs, by letters dated April 8, 2021, and April 13, 2021, produced records responsive to Plaintiffs' FOIA request. By letter dated April 27, 2021, the Office of Justice Programs explained that it has finished processing Plaintiffs' FOIA request and, with its two productions, has completed its production of records responsive to Plaintiffs' request.

19. The DOJ Office of Legal Counsel's search is complete. By letters dated August 31, 2021, September 30, 2021, November 1, 2021, and November 30, 2021, the Office of Legal Counsel made interim responses to Plaintiffs' FOIA request. The letters noted that the Office of Legal Counsel had referred records to other components and agencies for direct response. The Office of Legal Counsel expects to continue making responses roughly monthly.

20. Plaintiffs agreed to exclude the DOJ Office of Professional Responsibility from this case.

21. The DOJ Office of the Solicitor General, by letter dated August 9, 2021, issued a final response to Plaintiffs' FOIA request and produced a responsive document.

22. The DOJ Office on Violence Against Women, by letter dated May 6, 2021, issued a final response to Plaintiffs' FOIA request and produced responsive documents.

23. The DOJ Tax Division has searched for records responsive to Plaintiffs' FOIA request. The Tax Division has not located any responsive records. As things stand now, the Tax Division does not plan to conduct any additional searches. But if the results of the searches by other DOJ components suggest that further searches by the Tax Division are warranted, the Tax Division will conduct supplemental searches.

24. The DOJ U.S. Marshals Service has received the results of its search. It is currently consulting with other components on one batch of potentially responsive records and expects to release that batch in the coming weeks. It is also processing another batch of potentially responsive pages.

25. The DOJ U.S. Parole Commission issued a final response to Plaintiffs' FOIA request by letter dated April 1, 2021.

26. The Parties propose that they file a joint status report by March 14, 2022, updating the Court on the status of the case.

Dated: January 12, 2022                              Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Bradley Craigmyle*
BRADLEY CRAIGMYLE (IL Bar 6326760)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11216
Washington, D.C. 20005
Telephone: (202) 616-8101
Facsimile: (202) 616-8460
Bradley.T.Craigmyle@usdoj.gov

*Counsel for Defendants*

/s/ *Matthew Topic*
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900


foia@loevy.com

*Counsel for Plaintiffs*