IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-558 (APM) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

This is a Freedom of Information Act ("FOIA") case. *See* Compl. ¶¶ 1, 5, ECF No. 1. Three requests are at issue, and they generally request records related to the events that took place at the U.S. Capitol on January 6, 2021. *See id.* ¶ 1.[1]

Consistent with the Court's October 29, 2021 Minute Order, the Parties—Plaintiffs Jason Leopold and Buzzfeed Inc. and Defendant DOJ and its components, which includes the FBI—provide this status report.

The following DOJ components/offices have issued a final response[2] to Plaintiffs:[3]

---

[1] Plaintiffs sent an identical request to many of the U.S. Department of Justice's ("DOJ") components. *See* Compl. ¶ 7. They sent a slightly different, but nearly identical, request to another DOJ component. *Id.* ¶ 8. Finally, they sent a separate request to the Federal Bureau of Investigation ("FBI"). *Id.* ¶ 34.

[2] The following DOJ components/offices have made referrals to other components/offices within DOJ: Antitrust Division, National Security Division, and Office of Legal Counsel. As with other documents, these referrals will continue to be processed and responsive, non-exempt material will be produced to Plaintiffs on a rolling basis.

[3] Plaintiffs agreed to exclude the DOJ Office of Professional Responsibility from this case. Accordingly, DOJ OPR is excluded from this status report.

1

1. DOJ's Antitrust Division, by letter dated October 18, 2021.

2. The DOJ Federal Bureau of Prisons, by letter dated August 9, 2021.

3. The DOJ Civil Division, by letter dated January 14, 2021.

4. The DOJ Civil Rights Division, by letter dated June 28, 2021.

5. The DOJ Community Relations Service, by letter dated April 21, 2021.

6. The DOJ Drug Enforcement Administration, by letter dated November 22, 2021.

7. The DOJ Environment and Natural Resources Division, by letter dated January 26, 2021.

8. The DOJ Office of Tribal Justice, by letter dated May 21, 2021.[4]

9. The DOJ Justice Management Division, by letter dated May 21, 2021.

10. The DOJ National Security Division, by letter dated August 19, 2021.

11. The DOJ Organized Crime Drug Enforcement Task Forces Executive Office, by letter dated May 7, 2021.

12. The DOJ Office of the Inspector General, by letter dated March 29, 2021.

13. The DOJ Office of Information Policy processed Plaintiffs' FOIA request on behalf of itself; the Offices of the Attorney General, the Deputy Attorney General, and the Associate Attorney General; and the Offices of Legislative Affairs, Legal Policy, and Public Affairs. By letters dated August 13, 2021, November 16, 2021, and December 30, 2021, the Office of Information Policy issued interim responses and a final response to Plaintiffs' FOIA request and produced responsive documents. The Office of Information Policy is now finished processing Plaintiffs' FOIA request.

---

[4] EOUSA is responsible for processing Plaintiffs' request on behalf of the DOJ Office of Tribal Justice, and therefore issued the letter to Plaintiffs.

14. The DOJ Office of Justice Programs, by letters dated April 8, 2021, and April 13, 2021, produced records responsive to Plaintiffs' FOIA request. By letter dated April 27, 2021, the Office of Justice Programs explained that it has finished processing Plaintiffs' FOIA request and, with its two productions, has completed its production of records responsive to Plaintiffs' request.

15. The DOJ Office of the Solicitor General, by letter dated August 9, 2021.

16. The DOJ Office on Violence Against Women, by letter dated May 6, 2021.

17. The DOJ U.S. Parole Commission, by letter dated April 1, 2021.

18. As noted in the prior joint status report, the DOJ Tax Division has searched for records responsive to Plaintiffs' FOIA request. The Tax Division has not located any responsive records. As things stand now, the Tax Division does not plan to conduct any additional searches.

19. On January 25, 2022, the USMS provided Plaintiffs with its first release of responsive, non-exempt information. On September 16, 2022, the USMS provided Plaintiffs with its second and final release of responsive, non-exempt information. At this time, the USMS has completed its production.

20. By letter dated May 6, 2022, EOUSA issued Plaintiffs a letter with its final determination as to 1,172 pages processed by EOUSA. EOUSA has referred a limited number of documents to other DOJ components/offices for processing.

21. The DOJ Bureau of Alcohol, Tobacco, Firearms and Explosives completed its search and review of potentially responsive documents. ATF previously referred seven pages to the Federal Bureau of Investigation for direct response to Plaintiffs, and FBI responded directly to Plaintiffs on June 30, 2022.

For the DOJ components/offices for which processing remains ongoing, their respective

status is set forth below.

22.     The DOJ Criminal Division (CRM) has de-duplicated and threaded the potentially responsive records. The Criminal Division is currently processing the records and consulting with other DOJ components and/or Executive Branch agencies, as necessary. Where the Criminal Division needs to consult with other DOJ components and/or Executive Branch agencies, it will make rolling final disclosure determinations on records as the consultation process is complete.

23.     By interim responses dated September 30, 2022, October 31, 2022, November 30, 2022, December 30, 2022, January 31, 2023, February 28, 2023, March 31, 2023, April 28, 2023, May 31, 2023, June 30, 2023, July 31, 2023, August 31, 2023, September 29, 2023, October 31, 2023, November 30, 2023, December 31, 2023, January 31, 2024, February 29, 2024, March 31, 2024, April 30, 2024, May 31, 2024, and June 28, 2024. The FBI provided to Plaintiffs responsive, nonexempt portions of documents. The FBI has finished processing all records responsive to Plaintiff's request, except for those records which are exempt pursuant to Exemption (b)(7)(A), other than those which have been sent to other government agencies (OGA) as part of the consultation process. The FBI is continuing to consult with the OGAs, and will continue to issue monthly releases as the consultations are completed.

24.     The DOJ Office of Legal Counsel's search is complete. By letters dated August 31, 2021, September 30, 2021, November 1, 2021, November 30, 2021, August 9, 2022, and December 15, 2022, the Office of Legal Counsel made interim responses to Plaintiffs' FOIA request. The letters noted that the Office of Legal Counsel had referred records to other components and agencies for direct response, or withheld records in full. The Office of Legal Counsel anticipates making another interim response as soon as that referral process has

concluded.

25.     The Parties propose that they file a joint status report by November 22, 2024, updating the Court on the status of the case.

Dated: September 24, 2024                        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lee Reeves*
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460
Lee.Reeves2@usdoj.gov

*Counsel for Defendants*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N Aberdeen St, 3rd FL
Chicago, IL 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
foia@loevy.com

*Counsel for Plaintiffs*